[Crim. No. 1124.   Third Appellate District.—May 19, 1930.]

In the Matter of the Application of ERNEST BOOTH for a Writ of Habeas Corpus.

Ernest Booth, *in pro. per.*, for Petitioner.

No appearance for Respondent.

THE COURT.— Writ denied on the authority of *People* v. *Middleton*, 103 Cal. App. 135 [283 Pac. 976]. *Certiorari* denied by the Supreme Court of the United States, April 21, 1930.

A petition for a rehearing of this cause was denied by the District Court of Appeal on May 26, 1930.